IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASMIN ROLLING              :          CIVIL ACTION
                            :
        v.                  :
                            :
WES HEALTH SYSTEM           :          NO.  25-1211

## ORDER

**AND NOW**, this 30th day of March, 2026, upon consideration of Defendant's "Motion for Dismissal of Plaintiff's Amended Complaint" (Docket No. 19), all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1.      Plaintiff's FMLA and ADA claims are **DISMISSED WITH PREJUDICE**.

2.      Plaintiff's Title VII disparate treatment and hostile work environment race and sex discrimination claims are **DISMISSED WITH PREJUDICE** to the extent that those claims are based on actions that occurred prior to October 2023.

3.      Plaintiff's Title VII disparate treatment and hostile work environment race and sex discrimination claims are **DISMISSED WITHOUT PREJUDICE**  to the extent that those claims are based entirely on actions that took place during and after October 2023.

4.      Plaintiff's Title VII retaliation claim is **DISMISSED WITHOUT PREJUDICE** to the extent that this claim is based entirely on actions that took place during and after October 2023.

5.      Plaintiff may file a Third Amended Complaint reasserting the claims we have dismissed without prejudice in paragraphs 3 and 4 of this Order provided that she can cure the pleading  deficiencies we have identified in our accompanying Memorandum.

6.      Plaintiff shall file any Third Amended Complaint no later than April 30, 2026.


BY THE COURT:


/s/ John R. Padova

_____

John R. Padova, J.