IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASMIN ROLLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WES HEALTH SYSTEM | : | NO. 25-1211 |

**ORDER**

**AND NOW**, this 5th day of November, 2026, upon consideration of Plaintiff's Motion for Reconsideration (Docket No. 29), Defendant's Opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**. **IT IS FURTHER ORDERED** that, no later than 30 days after the date of this Order, Plaintiff may file a Third Amended Complaint curing the pleading deficiencies of her Title VII disparate treatment, hostile work environment, and retaliation claims.[1]

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.

[1] Those pleading deficiencies are discussed in our March 30, 2026 Memorandum and Order granting Defendant's Motion to Dismiss.